1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
        Telephone: (909) 796-4560
4       Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com

6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  CHARLES STURDEVANT III          )     No.  EDCV 11-01179 PJW
11                                  )
12       Plaintiff,                 )     [PROPOSED] ORDER AWARDING
                                    )     EAJA FEES
13       v.                         )
14                                  )
    MICHAEL J. ASTRUE,              )
15  Commissioner Of Social Security, )
16                                  )
17       Defendant.                 )
    _____)

18
19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20       IT IS ORDERED that EAJA fees are awarded in the amount of ONE

    THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the
21
    terms of the stipulation.
22
         DATE: December 26, 2012    _____
23
24                                  HON. PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                    -1-